# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : : : : | MULTIDISTRICT LITIGATION |
| | : | No. 08-md-2002 |
| *THIS DOCUMENT APPLIES TO:* | : | |
| Kraft Foods Global, Inc. v. Cal-Maine Foods, Inc. et al., | : | No. 12-cv-0088 |

## ORDER

**AND NOW**, this 14th day of September, 2015, upon consideration of The Kraft Direct Action Plaintiffs' Motion for an Order Excluding Them from the Cal-Maine/Direct Purchaser Plaintiff Settlement, or Alternatively Enlarging Their Time to Opt Out (Docket No. 1123), Defendant Cal-Maine Foods, Inc.'s Opposition (Docket No. 1133), The Kraft Direct Action Plaintiffs' Reply (Docket No. 1136), and following an evidentiary hearing on July 1, 2015, and post-hearing briefing (Docket Nos. 1255-56) it is hereby **ORDERED** that The Kraft Direct Action Plaintiffs' Motion for an Order Excluding Them from the Cal-Maine/Direct Purchaser Plaintiff Settlement, or Alternatively Enlarging Their Time to Opt Out (Docket No. 1123) is **GRANTED**, and the Court will enlarge the time for The Kraft Direct Action Plaintiffs to opt out. The Kraft Direct Action Plaintiffs shall confirm on the record and docket their opt-out status within one week from the date of this Order.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
United States District Judge